# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT DAVIS,                                  :     No. 59 EM 2020
                                               :
                    Petitioner                 :
                                               :
                                               :
              v.                               :
                                               :
                                               :
COURT OF COMMON PLEAS,                          :
                                               :
                    Respondent                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.